Exhibit A

# Michael Mains

Reverse Proffer

April 2025

THESE MATERIALS ARE NOT ADMISSIBLE IN ANY PROCEEDING

Materials provided for Settlement Purposes only

Attorney Work Product Reserved and not Waived


(2-ZN-2023)


3:35
◂ Search
Aaron A Wagner
WAGSCAPITAL
Aaron A Wagner
Ultrepreneur, Founder and Investor
Wags Capital · Harvard Business School
Alpine, Utah, United States
500+ connections
Open to
Add section
Suggested for you
Private to you
Highlight your skills from Wags Capital
Make it easier for recruiters to find you by showing where and how you used your skills.
Edit experience



# Shift Leads Income

## Crumbl of Beaverton OR

Profit and Loss

January - December 2022

| | | | |
|---|---|---|---|
| Total 5330 Managers | 50,307.69 | 51,821.10 | -1,513.41 |
| 5332 Shift Leads | 29,227.40 | 36,460.56 | -7,233.16 |
| 5350 Additional Labor Costs | 60,594.10 | 48,958.02 | 11,636.08 |
| 5370 Employment Benefits | | | |
| 5371 Accidental Insurance | 144.69 | 331.23 | -186.54 |

6 Month Shift Leads:
$30,169.38 per month
17% of Actual Net Profit

| | Beaverton | Flagstaff | Fort Worth | Hillsboro | Lake Oswego |
|---|---|---|---|---|---|
| Revenue | $ 843,090.77 | $ 515,810.06 | $ 985,555.10 | $ 428,459.35 | $ 579,460.35 |
| Shift Leads | $ 26,919.96 | $ 13,442.00 | $ 20,160.55 | $ - | $ 6,863.85 |
| Net Profit | $ 93,768.05 | $ 78,370.54 | $ 26,640.15 | $24,611.89 | $ 76,908.01 |
| % of Profit | 28.71% | 17.15% | 75.68% | 0.00% | 8.92% |
| % of Revenue | 3.19% | 2.61% | 2.05% | 0.00% | 1.18% |
| Average SL | $ 4,486.66 | $ 2,240.33 | $ 3,360.09 | $ - | $ 1,143.98 |
| Mike | $ 2,000.00 | $ 1,000.00 | $ 1,500.00 | $ - | $ 500.00 |
| Aaron | $ 2,000.00 | $ 1,000.00 | $ 1,500.00 | $ - | $ 500.00 |
| Employer Taxes | $ 486.66 | $ 240.33 | $ 360.09 | $ - | $ 143.98 |

| | Lehi | Plano | South Lake | Tanasbourne | Vancouver |
|---|---|---|---|---|---|
| Revenue | $ 536,023.07 | $ 1,011,530.37 | $ 1,114,280.57 | $ 615,878.01 | $ 1,495,252.75 |
| Shift Leads | $ - | $ - | $ 18,828.77 | $ 26,978.40 | $ 67,822.72 |
| Net Profit | $ 53,881.91 | $ 137,424.60 | $ 141,949.47 | $ 30,484.81 | $ 221,700.80 |
| % of Profit | 0.00% | 0.00% | 13.26% | 88.50% | 30.59% |
| % of Revenue | 0.00% | 0.00% | 1.69% | 4.38% | 4.54% |
| Average SL | $ - | $ - | $ 3,138.13 | $ 4,496.40 | $ 11,303.79 |
| Mike | $ - | $ - | $ 1,500.00 | $ 2,000.00 | $ 5,000.00 |
| Aaron | $ - | $ - | $ 1,500.00 | $ 2,000.00 | $ 5,000.00 |
| Employer Taxes | $ - | $ - | $ 138.13 | $ 496.40 | $ 1,303.79 |

Related Dates

| | |
|---|---|
| Last Modified | 5/11/2022 4:58 PM |
| Created | 5/11/2022 11:02 AM |
| Last Printed | |

Related People

Author [redacted]

Last Modified By [redacted]

# Michael Mains WCFS Income




| Mains Income | | |
|---|---|---|
| x8282 US Bank Mantel Capital | | |
| 3/31/2021 | $ | 80,040.15 |
| 4/30/2021 | $ | 9,993.31 |
| 5/31/2021 | $ | 106,710.76 |
| 6/30/2021 | $ | 9,837.15 |
| 7/31/2021 | $ | 214,967.76 |
| 8/31/2021 | $ | 64,872.17 |
| 9/30/2021 | $ | 109,010.30 |
| 10/31/2021 | $ | 76,699.36 |
| 11/30/2021 | $ | 15,985.72 |
| 12/31/2021 | $ | 10,959.66 |
| 1/31/2022 | $ | 14,685.31 |
| 2/28/2022 | $ | 92,425.97 |
| 3/31/2022 | $ | 11,747.35 |
| 4/30/2022 | $ | $11,388.76 |
| 5/31/2022 | $ | 213,486.40 |
| 6/30/2022 | $ | 56,506.65 |
| 7/31/2022 | $ | 13,224.24 |
| 8/31/2022 | $ | 12,349.24 |
| 9/30/2022 | $ | 12,349.24 |
| 10/31/2022 | $ | 13,224.24 |
| 11/30/2022 | $ | 12,349.24 |
| 12/31/2022 | $ | 141,245.50 |
| 1/31/2023 | $ | 12,387.10 |
| 2/28/2023 | $ | 13,925.21 |
| 3/31/2023 | $ | 100,986.13 |
| 4/30/2023 | $ | 12,385.16 |
| 5/31/2023 | $ | 12,385.16 |
| 6/30/2023 | $ | 12,385.16 |
| 7/31/2023 | $ | 46,799.56 |
| 8/31/2023 | $ | 52,770.72 |
| 9/30/2023 | $ | 6,638.82 |
| | $1,564,471.50 | |


bretthorrocks_
3 CONCEPTS 30 RESTAURANTS
Dirty Bird
FRIED CHXX
x10
HELLO SUGAR,
x10
KOKONUT
ISLAND GRILL
x10
STOKED TO ANNOUNCE ME AND @KYLENEHORROCKS ARE JUMPING INTO THE FOOD + BEV INDUSTRY WITH SOME AMAZING PEOPLE TO BRING THE BEST OF THE BEST. @MRJIMMYREX // @AARONWAGS
POSTED TOO EARLY LAST TIME
VESTED INVESTED INVESTED INVESTED IN


WAGSCAPITAL
KOKONUT
• Fully Turnkey- Passive Investment , Minimum Investment of $30K
• 3 Brands (Kokonut Island Grill, Dirty Bird Chxx, Hello Sugar) 10 Stores each brand so 30 stores in total throughout the West.
• Ability to diversify risk over multiple Markets/Stores
• Quarterly Distributions - 30 Day Trailing ( after Reserve and Stability )
• Enterprise Value on Volume Rollup Disposition 7-9 X multiple on EBITDA. ( 2-3x your principal Investment upon the Sale of the stores )
• Potential of 20% + Annual returns on Proven Concepts in High Growth Mode
• First Right in Opportunity on additional Stores for Investors in this transaction.
• Proven Track record of experienced operators in F&B operations and Corporate Growth.
Locations:
• Kokonut: Downtown SLC (Open), North SLC, Farmington, Vancouver WA, Orem (Under Construction)
• Dirty Bird: Ogden (Open) 7 Leases signed, Construction starting soon
• Hello Sugar: 5 Leases signed UT &WA, Construction starting soon
THE OFFERING
& HIGHLIGHTS

# WHY WAGS?

- Focused on High-performance brands, premium locations and experiential settings
- Wags has completely disrupted the restaurant industry in its 2+ years since its inception.
- Wags is one of the Fastest growing Full Service F&B groups in the country, opening over 50+ new locations in the last 12 months.
- Wags has a proven track record of profitability and investor distribution dividends monthly. Wags provides a turnkey investment opportunity, with real equity position to Harvest long term Cash Flow and Enterprise Value.

# DEVELOPMENT COSTS

| | | | |
|---|---|---|---|
| Equipment, Furnishes, etc. | $190,000 | Professional Fees | $6,500 |
| Initial Inventory / Supplies | $42,000 | Build Out | $125,000 |
| Licensing Fee | $30,000 | Insurance | $2,000 |
| Working Capital | $40,000 | Lease Deposit & Rent | $12,000 |
| Signage / Menu Boards | $25,000 | Uniforms | $4,000 |
| Initial Training | $8,000 | **TOTAL** | $484,500 |

# INVESTMENT

- Minimum Investment of $200,000, MAX $2.5M
- Total Raise of $5M for 10 store locations for 40% Equity
- Quarterly Distributions of Profits to Investors

## REVENUE

| | |
|---|---|
| Store Revenue | $115,000.00 |
| Online Revenue | $5,000.00 |
| Service Fees | $4,025.00 |
| **Total Revenue** | $124,025.00 |

## EXPENSES

| | |
|---|---|
| Rent | $8,000.00 |
| Utilities | $1,700.00 |
| Insurance | $550.00 |
| Software Fees | $400.00 |
| Uniforms / Supplies / Linens | $1150.00 |
| Accounting / Payroll | $575.00 |
| Labor Costs | $27,760.00 |
| Cost of Goods Sold | $28,500.00 |
| Merchant Fees | $4,025.00 |
| WCFS Management Fees | $9,900.00 |
| Marketing | $2,400.00 |
| **Total Expenses** | $84,950.00 |

## PROJECTIONS

| | |
|---|---|
| Total Revenue | $124,025.00 |
| Total Expenses | $84,950.00 |
| Net Profit | $39,075.00 |
| Investors 40% | $15,630.00 |
| **Internal Rate of Return** | **38%** |

# UPSIDE

- **Potential of 30%+ Annual returns on Proven Concept in High Growth Mode**

# HELLO SUGAR,



# INVESTMENT

- Minimum Investment of $50,000, MAX $2.5M
- Total Raise of $5M for 10 store locations for 30% Equity
- 60% owned by Wagscap Food Services LLC
- 10% owned by Jimmy Rex
- Quarterly Distributions of Profits to Investors

WAGSCAPITAL

# WHY WAGS?

- Focused on High-performance brands, premium locations and experiential settings
- Wags has completely disrupted the restaurant industry in its 2+ years since its inception.
- Wags is one of the Fastest growing Full Service F&B groups in the country, opening over 50+ new locations in the last 12 months.
- Wags has a proven track record of profitability and investor distribution dividends monthly. Wags provides a turnkey investment opportunity, with real equity position to Harvest long term Cash Flow and Enterprise Value.

# DEVELOPMENT COSTS

| | | | |
|---|---|---|---|
| Equipment, Furnishes, etc. | $190,000 | Professional Fees | $6,500 |
| Initial Inventory / Supplies | $42,000 | Build Out | $125,000 |
| Licensing Fee | $30,000 | Insurance | $2,000 |
| Working Capital | $40,000 | Lease Deposit & Rent | $12,000 |
| Signage / Menu Boards | $25,000 | Uniforms | $4,000 |
| Initial Training | $8,000 | **TOTAL** | **$484,500** |

SUGAR GROUP X LLC

SUBSCRIPTION AGREEMENT

4. Use of Proceeds. The Company will use the proceeds received from the Subscription Agreements to acquire, build out and operate up to ten (10) different stores selling donuts, cookies, or other sweets under a common brand (the "*Stores*"). The Stores will be acquired and/or built out on a timeline and at locations to be determined by the Manager in its sole discretion.

# August 2021

# Purchase of Scottsdale Property on 75th Street (Total Price: $3,650,000] Using Funds from:

- Sugar Group X [x5451 - $50,000] and
- Kokonut Group X [6906 - $726,270.55]

**usbank**

WAGSCAP FOOD SERVICES LLC
STE 101
4421 N THANKSGIVING WAY
LEHI UT 84043-2936

**Business Statement**
Account Number:
[redacted]79
Statement Period:
Aug 2, 2021
through
Aug 31, 2021

| | | | | |
|---|---|---|---|---|
| Aug 13 | Internet Banking Transfer | From Account [redacted]985 | | 5,614.51 |
| Aug 13 | Internet Banking Transfer | From Account [redacted]451 | | 50,000.00 |
| Aug 16 | Debit Purchase Ret - VISA | On 081321 480-5058855 AZ | 5127959013 | 119.99 |

| | | | |
|---|---|---|---|
| Aug 13 | Wire Debit REF003530 BNF=PIONEER TITLE | BBVA USA TEMPE, AZ 210813037865 AGENCY, INC. | 50,000.00- |

KOKONUT GROUP X LLC
STE 101
4421 N THANKSGIVING WAY
LEHI UT 84043-2936

**Business Statement**
Account Number:
[redacted]06
Statement Period:
Oct 1, 2021
through
Oct 31, 2021

| | | | |
|---|---|---|---|
| Oct 15 | Wire Debit REF004041 BNF=PIONEER TITLE | BBVA USA TEMPE, AZ 211015035175 AGENCY, INC. | 726,270.55- |

do/does hereby convey to
Aaron Wagner, A Married Man as His Sole and Separate Property
the following real property situated in Maricopa County, Arizona:



# September 2021

usbank.

WAGSCAP FOOD SERVICES LLC
STE 101
4421 N THANKSGIVING WAY
LEHI UT 84043-2936

**Business Statement**
Account Number:
[redacted]7979
Statement Period:
Sep 1, 2021
through
Sep 30, 2021

Page 4 of 14

| | | | | |
|---|---|---|---|---|
| Sep 30 | Internet Banking Transfer | From Account | [redacted]5444 | 33,333.33 |
| Sep 30 | Internet Banking Transfer | From Account | [redacted]6906 | 33,333.33 |
| Sep 30 | Internet Banking Transfer | From Account | [redacted]5451 | 33,333.33 |
| Sep 30 | Internet Banking Transfer | From Account | [redacted]5444 | 133,333.33 |
| Sep 30 | Internet Banking Transfer | From Account | [redacted]6906 | 133,333.33 |
| Sep 30 | Internet Banking Transfer | From Account | [redacted]5451 | 133,333.33 |

=$499,999.99

WAGSCAP FOOD SERVICES LLC
4421 N THANKSGIVING WAY
SUITE 101
LEHI, UT 84043-2933

1097

DATE 9/30/21

PAY TO THE ORDER OF Anthem Pest Control $ 500,000.⁰⁰

Five Hundred Thousand xx/100 DOLLARS

usbank.

MEMO Anthem Office Purchase

⑆124302150⑆ [redacted] 7979⑈ 1097

1097* Oct 04 500,000.00

## ASSIGNMENT AND ASSUMPTION OF LEASE

This ASSIGNMENT AND ASSUMPTION OF LEASE ("***Assignment***") is executed as of September 30, 2021, by and between, and Anthem Pest Control LLC, a Georgia limited liability company ( "***Assignor***"); WAGSCAP FOOD SERVICES, LLC, a Utah limited liability company ("***Assignee***"); and WAGSCAP, LLC, a Utah limited liability company ("***Landlord***").

### RECITALS

**WHEREAS**, Assignor and Landlord entered into that certain Lease Agreement, dated October 13, 2020 ("***Lease***"), for the premises comprising approximately (i) 2,134 rentable square feet on the first floor, (ii) 361 rentable square feet on the warehouse level, and (iii) a full floor of warehouse space and office, the total of which contains approximately 9,081 rentable square feet in the building commonly known as Wagner Business Center, having an address of 4421 North Thanksgiving Way, Lehi, Utah.

**WHEREAS**, Assignor desires to assign to Assignee and Assignee desires to assume all of Assignor's right, title, and interest, as tenant, in, to and under the Lease and desires to assume and continue the use of the Premises in its current condition.

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Sep 1 | 162,704.48 | Sep 13 | 50,285.62 | Sep 22 | 88,885.89 |
| Sep 2 | 148,498.64 | Sep 14 | 39,478.93 | Sep 23 | 174,681.90 |
| Sep 3 | 167,046.52 | Sep 15 | 31,508.87 | Sep 24 | 172,540.84 |
| Sep 7 | 78,595.37 | Sep 16 | 26,310.49 | Sep 27 | 281,536.09 |
| Sep 8 | 77,425.80 | Sep 17 | 25,358.27 | Sep 28 | 101,817.27 |
| Sep 9 | 92,238.13 | Sep 20 | 135,126.46 | Sep 29 | 111,102.61 |
| Sep 10 | 45,597.20 | Sep 21 | 90,600.33 | Sep 30 | 639,602.21 |

| CURRENT RENT ROLL - WBC | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNIT/OFFICE # | TENANT | CONTACT | PHONE | EMAIL | LEASE START | LEASE END | SQ. FT. | RENT PER SQ. FT. | ANNUAL RENT | MONTHLY RENT | NNN/ SQ. FT. | MONTHLY CAM/NNN | TOTAL MONTHLY |
| SUITE #201 | VACANT | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| SHARED OFFICE SPACES - STE 202 | | [redacted] | | | | | | | | | | | |
| OFFICE #1 | FLAGSTAFF HOLDINGS & INVESTMENT | [redacted] | | | 05/01/21 | | 200 | $78.00 | $15,600.00 | $1,300.00 | $0.00 | $0 | $1,300 |
| OFFICE #2 | VENTURE BUX | [redacted] | | | 05/01/21 | | 217 | $82.95 | $18,000.00 | $1,500.00 | $0.00 | $0 | $1,500 |
| OFFICE #3 | BOARDWALK COMPANY | [redacted] | [redacted] | [redacted] | 04/15/21 | | 404 | $62.01 | $25,050.48 | $2,087.54 | $0.00 | $0 | $2,088 |
| OFFICE #4 | ABUNDANT CONSULTING | [redacted] | [redacted] | [redacted] | 05/01/21 | | 348 | $62.07 | $21,600.00 | $1,800.00 | $0.00 | $0 | $1,800 |
| OFFICE #5 | BOARDWALK COMPANY | [redacted] | [redacted] | [redacted] | 04/15/21 | | 127 | $62.01 | $7,874.76 | $656.23 | $0.00 | $0 | $656 |
| OFFICE #6 | BOARDWALK COMPANY | [redacted] | [redacted] | [redacted] | 04/15/21 | | 64 | $62.01 | $3,968.40 | $330.70 | $0.00 | $0 | $331 |
| OFFICE #7 | BOARDWALK COMPANY | [redacted] | [redacted] | [redacted] | 04/15/21 | | 63 | $62.01 | $3,906.36 | $325.53 | $0.00 | $0 | $326 |
| | | [redacted] | [redacted] | | | | | | | | | | |
| SUITE #203 | VACANT | [redacted] | [redacted] | | | | | | | | | | |
| | | [redacted] | [redacted] | | | | | | | | | | |
| SHARED OFFICE SPACES - STE 204 | | [redacted] | [redacted] | | | | | | | | | | |
| OFFICE #1 | WAGSCAP | [redacted] | [redacted] | | | | 432 | $55.56 | $24,000.00 | $2,000.00 | $0.00 | $0 | $2,000 |
| OFFICE #2 | AXIA FUND | [redacted] | [redacted] | | 06/01/21 | | 295 | $77.92 | $22,986.96 | $1,915.58 | $0.00 | $0 | $1,916 |
| OFFICE #3 | AXIA FUND | [redacted] | [redacted] | | 06/01/21 | | 122 | $77.92 | $9,506.52 | $792.21 | $0.00 | $0 | $792 |
| OFFICE #4 | AXIA FUND | [redacted] | [redacted] | | 06/01/21 | | 122 | $77.92 | $9,506.52 | $792.21 | $0.00 | $0 | $792 |
| OFFICE #5 | BOROC MANAGEMENT | [redacted] | [redacted] | A[redacted] | 07/01/21 | | 123 | $48.78 | $6,000.00 | $500.00 | $0.00 | $0 | $500 |
| | | [redacted] | | | | | | | | | | | |
| SUITE # | ANTHEM (OFFICE SPACE & WAREHOUSE) | [redacted] | | | | | 2148 | $70.12 | $150,608.04 | $12,550.67 | $8.00 | $2,148 | $14,699 |
| | | [redacted] | | | | | | | | | | | |
| SUITE #101 | WAGSCAP FOOD SERVICES | [redacted] | | | 03/01/21 | | 2690 | $25.00 | $67,252.56 | $5,604.38 | $8.00 | $2,690 | $8,294 |
| | | | | | | | | | | | | | |
| SUITE #B01 | NOVOLAB | | | | 05/01/21 | | 1088 | $33.09 | $36,000.00 | $3,000.00 | $8.00 | $1,088 | $4,088 |
| | | | | | | | | | | | | | |
| TOTALS | | | | | | | | | $421,860.60 | $35,155.05 | | $5,926.00 | $41,081 |


WAGSCAPITAL
I BUILT ME




omarprestwich
WAGSCAPITAL




Investors
$12.3 million from June 2021 to Dec 2021
Sugar Group X US Bank x5451
Bird Group X US Bank x5444
Kokonut Group X US Bank 6906
$499,999.99 Sep 30, 21
Wagscap Food Services US Bank x7979
$500,000 Sep 30, 21
Anthem Pest Control


IT ALL STARTED WITH A DREAM!
ENVISION IT ALL FIRST !

# October 2021

**usbank**

WAGSCAP FOOD SERVICES LLC
STE 101
4421 N THANKSGIVING WAY
LEHI UT 84043-2936

**Business Statement**
Account Number:
[redacted]979
Statement Period:
Oct 1, 2021
through
Oct 31, 2021

| | | | |
|---|---|---|---|
| Oct 8 | Internet Banking Transfer | From Account [redacted]6906 | 280,387.50 |
| Oct 8 | Internet Banking Transfer | From Account [redacted]5444 | 2,000,000.00 |
| Oct 8 | Internet Banking Transfer | From Account [redacted]5451 | 2,000,000.00 |

| | | | |
|---|---|---|---|
| Oct 8 | Wire Debit REF005441<br>BNF=GRAND CANYON TITLE | ZIONS BANCORP, NA 211008047083<br>AGENCY 3900 E CAMEL BACK | 4,280,387.50- |
| Oct 12 | Internet Banking Transfer | To Account [redacted] | 5,000.00- |

**WARRANTY DEED**

For the consideration of Ten Dollars, and other valuable consideration,

**Shoeman 3, LLC, an Arizona limited liability company**

("Grantor") conveys to

**Wagscap, LLC, a Utah limited liability company**




Three Wisemen


SWAGS
SOCIAL EATERY
HUGE NEWS
@swagssocial

# Scottsdale - Shoeman Lane Commercial property






**usbank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

6862 IMG S Y ST01

000062857 03 SP 000638019150932 S
WAGSCAP FOOD SERVICES LLC
STE 101
4421 N THANKSGIVING WAY
LEHI UT 84043-2936

**Business Statement**
Account Number:
[redacted]979
Statement Period:
Nov 1, 2021
through
Nov 30, 2021

Page 1 of 19

| | | | |
|---|---|---|---|
| Nov 18 | Internet Banking Transfer | From Account [redacted]6985 | 4,891.53 |
| Nov 18 | Internet Banking Transfer | From Account [redacted]5444 | 300,000.00 |
| Nov 18 | Internet Banking Transfer | From Account [redacted]8906 | 300,000.00 |
| Nov 18 | Internet Banking Transfer | From Account [redacted]5451 | 427,715.29 |

| | | | |
|---|---|---|---|
| Nov 18 | Internet Banking Transfer | To Account [redacted]6845 | 4,000.00- |
| Nov 18 | Wire Debit REF002860 BNF=THE BELLE LLC | WELLS SF 211118027913 | 1,027,715.29- |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Nov 1 | 109,121.67 | Nov 10 | 38,142.11 | Nov 22 | 20,755.28 |
| Nov 2 | 125,495.92 | Nov 12 | 78,935.31 | Nov 23 | 17,972.73 |
| Nov 3 | 122,415.93 | Nov 15 | 143,056.55 | Nov 24 | 16,041.54 |
| Nov 4 | 118,167.36 | Nov 16 | 208,027.89 | Nov 26 | 12,597.36 |
| Nov 5 | 234,975.29 | Nov 17 | 199,015.37 | Nov 29 | 48,083.36 |
| Nov 8 | 55,567.24 | Nov 18 | 149,297.52 | Nov 30 | 47,909.54 |
| Nov 9 | 103,940.90 | Nov 19 | 37,266.10 | | |







# November 2021

usbank

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4037 IMG S Y ST01

000008772 01 SP 000638051000012 E
SUGAR GROUP X LLC
4421 N THANKSGIVING WAY
LEHI UT 84043-2933

**Business Statement**
Account Number:
[redacted]5451
Statement Period:
Dec 1, 2021
through
Dec 31, 2021

Page 1 of 4

**Other Deposits**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec 2 | Wire Credit REF014610 | BK AMER NYC 211202035918 | | $ | 100,000.00 |
| | ORG=[redacted] | | | | |
| Dec 6 | Internet Banking Transfer | From Account [redacted]7979 | | | 500,000.00 |
| Dec 6 | Wire Credit REF013060 | WEST GATE LINCOLN 211206022930 | | | 2,000,000.00 |
| | ORG=[redacted] | | | | |
| | | | Total Other Deposits | $ | 2,600,000.00 |

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec 1 | Transfer | To Account [redacted]5477 | 0100001605 | $ | 50.00- |
| Dec 6 | Internet Banking Transfer | To Account [redacted]7979 | | | 75,000.00- |
| Dec 6 | Internet Banking Transfer | To Account [redacted]7979 | | | 220,000.00- |
| Dec 20 | Internet Banking Transfer | To Account [redacted]7979 | | | 400,000.00- |
| Dec 21 | Internet Banking Transfer | To Account [redacted]7979 | | | 30,000.00- |
| Dec 21 | Internet Banking Transfer | To Account [redacted]7979 | | | 50,000.00- |
| Dec 23 | Internet Banking Transfer | To Account [redacted]7979 | | | 20,000.00- |
| Dec 30 | Internet Banking Transfer | To Account [redacted]7979 | | | 95,000.00- |
| Dec 30 | Internet Banking Transfer | To Account [redacted]7979 | | | 400,000.00- |
| | | | Total Other Withdrawals | $ | 1,290,050.00- |

usbank

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

6862 IMG S Y ST01

000032870 03 SP 000638051024110 S
WAGSCAP FOOD SERVICES LLC
STE 101
4421 N THANKSGIVING WAY
LEHI UT 84043-2936

**Business Statement**
Account Number:
[redacted]7979
Statement Period:
Dec 1, 2021
through
Dec 31, 2021

Page 1 of 18

| Date | Description of Transaction | | Amount |
|---|---|---|---|
| Dec 6 | Internet Banking Transfer | To Account [redacted]5444 | 500,000.00- |
| Dec 6 | Internet Banking Transfer | To Account [redacted]5451 | 500,000.00- |
| Dec 6 | Internet Banking Transfer | To Account [redacted]5906 | 500,000.00- |

| Date | Description of Transaction | | | Amount |
|---|---|---|---|---|
| Dec 20 | Internet Banking Transfer | To Account 153154867847 | | 4,000.00- |
| Dec 20 | Wire Debit REF002858 | SUNTRUST ATL | 211220026482 | 100,000.00- |
| | BNF=GREEN PAPER CAPITAL, | LLC | | |
| Dec 20 | Wire Debit REF002912 | BOKF NA TULSA | 211220027029 | 300,000.00- |
| | BNF=AERO-SPACE REPORTS, | INC. - ESCROW OKLAHOMA | | |

| Date | Description of Transaction | | | | Amount |
|---|---|---|---|---|---|
| Dec 30 | Wire Debit INTERNAL | US BANK | 211230033094 | | 94,790.00- |
| | BNF=ELLIOTT AVIATION INC | PO BOX 100 | | | |
| Dec 30 | Wire Debit REF003439 | JPMORGAN CHASE BK, | 211230032318 | | 395,000.00- |
| | BNF=TRUCK RANCH HQ | | | | |
| | | | Total Other Withdrawals | $ | 2,949,339.38- |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Dec 1 | 51,783.09 | Dec 13 | 43,703.40 | Dec 23 | 40,669.66 |
| Dec 2 | 51,276.21 | Dec 14 | 40,929.71 | Dec 24 | 17,250.18 |
| Dec 3 | 1,550,322.64 | Dec 15 | 70,339.56 | Dec 27 | 17,160.58 |
| Dec 6 | 128,877.66 | Dec 16 | 67,564.57 | Dec 28 | 36,374.42 |
| Dec 7 | 58,130.76 | Dec 17 | 75,037.44 | Dec 29 | 58,268.70 |
| Dec 8 | 63,005.05 | Dec 20 | 68,910.86 | Dec 30 | 37,853.85 |
| Dec 9 | 54,652.45 | Dec 21 | 145,428.82 | Dec 31 | 37,480.96 |
| Dec 10 | 32,340.77 | Dec 22 | 42,323.45 | | |

aero-space reports
Aircraft Title & Escrow Services

## CLOSING STATEMENT

**PREPARED FOR:** Buyer

**CLOSING DATE:** February 18, 2022

**AIRCRAFT DESCRIPTION:**

| | |
|---|---|
| **Registration #:** | N141RT |
| **Make:** | TEXTRON AVIATION INC |
| **Model:** | 525C |
| **S/N:** | 525C0299 |
| **Buyer:** | WCFS Travel, LLC |

**Seller:** Green Paper Capital, LLC

| Summary of Buyer's Transaction | | |
|---|---|---|
| **Gross Amount Due From Buyer** | | |
| Contract Sales Price | | $ 9,350,000.00 |
| Settlement Charges to Buyer (*See Below) | | $ 3,000.00 |
| Additional Deposit Paid Direct to Seller | | $ (1,000,000.00) |
| * Holding Costs | | $ 36,419.75 |
| | | |
| **Gross Amount Due From Buyer** | | **$ 8,389,419.75** |
| **Amounts Paid By or On Behalf of Buyer** | | |
| WAGSCAP Food Services, LLC | 11/8/2021 | $ 200,000.00 |
| WAGSCAP Food Services, LLC | 12/20/2021 | $ 300,000.00 |
| WAGSCAP Food Services, LLC | 2/18/2022 | $ 950,000.00 |
| WAGSCAP Food Services, LLC | 2/18/2022 | $ 939,419.75 |
| PNC Equipment Finance, LLC | 2/18/2022 | $ 6,000,000.00 |
| | | |
| **Total Paid By or On Behalf of Buyer** | | **$ 8,389,419.75** |

usbank

BIRD GROUP X LLC
4421 N THANKSGIVING WAY
LEHI UT 84043-2933

**Business Statement**
Account Number: [redacted]444
Statement Period: Feb 1, 2022 through Feb 28, 2022

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 1 | Transfer | To Account [redacted]5469 | 0100001511 | $ | 50.00- |
| Feb 18 | Internet Banking Transfer | To Account [redacted]7979 | | | 300,000.00- |
| Feb 25 | Internet Banking Transfer | To Account [redacted]6894 | | | 10,000.00- |
| | | | Total Other Withdrawals | $ | 310,050.00- |

usbank

WCFS CANTINA LLC
DBA LAS BOTELLAS
STE 101
4421 N THANKSGIVING WAY
LEHI UT 84043-2936

**Business Statement**
Account Number: [redacted]0406
Statement Period: Feb 1, 2022 through Feb 28, 2022

**Other Deposits**

| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Dec 17 | Wire Credit REF006818 [redacted] | JPMCHASE NYC | 211217005392 | | $ | 250,000.00 |
| | | | | Total Other Deposits | $ | 250,000.00 |

**Other Deposits (continued)**

| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Jan 24 | Wire Credit REF000002 [redacted] | MEADOWS BANK OF LA | 220124022385 | | | 94,000.00 |
| | | | | Total Other Deposits | $ | 200,037.67 |

**Other Deposits**

| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Feb 2 | Wire Credit REF012046 [redacted] | WELLS SF | 220202026430 | | $ | 250,000.00 |
| | | | | Total Other Deposits | $ | 250,000.00 |

SUGAR GROUP X LLC
4421 N THANKSGIVING WAY
LEHI UT 84043-2933

**Business Statement**
Account Number: [redacted]5451
Statement Period: Feb 1, 2022 through

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 1 | Transfer | To Account [redacted]5477 | 0100001512 | $ | 50.00- |
| Feb 2 | Internet Banking Transfer | To Account [redacted]9988 | | | 1,000.00- |
| Feb 8 | Internet Banking Transfer | To Account [redacted]7979 | | | 100,000.00- |

**Other Withdrawals (continued)**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 18 | Internet Banking Transfer | To Account [redacted]7979 | | | 800,000.00- |
| | | | Total Other Withdrawals | $ | 901,050.00- |

usbank

WAGSCAP FOOD SERVICES LLC
STE 101
4421 N THANKSGIVING WAY
LEHI UT 84043-2936

**Business Statement**
Account Number: [redacted]7979
Statement Period: Feb 1, 2022 through Feb 28, 2022

Page 6 of 20

| Date | Description of Transaction | | | Amount |
|---|---|---|---|---|
| Feb 8 | Internet Banking Transfer | From Account [redacted]5451 | | 100,000.00 |
| Feb 9 | Internet Banking Transfer | From Account [redacted] | | |
| Feb 18 | Internet Banking Transfer | From Account [redacted]9482 | | |
| Feb 18 | Internet Banking Transfer | From Account [redacted]5444 | | 300,000.00 |
| Feb 18 | Internet Banking Transfer | From Account [redacted]0406 | | 400,000.00 |
| Feb 18 | Internet Banking Transfer | From Account [redacted]5451 | | 800,000.00 |
| Feb 18 | Wire Debit REF002788 BNF=AERO-SPACE REPORTS, INC. - ESCROW | BOKF NA TULSA | 220218026967 | 939,419.75- |
| Feb 18 | Wire Debit REF002361 BNF=AERO-SPACE REPORTS, INC. - ESCROW | BOKF NA TULSA | 220218023969 | 950,000.00- |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Feb 1 | 1,003,014.46 | Feb 10 | 896,098.28 | Feb 18 | 237,866.39 |
| Feb 2 | 991,929.86 | Feb 11 | 894,790.65 | Feb 22 | 95,408.60 |
| Feb 3 | 1,003,849.15 | Feb 14 | 880,216.83 | Feb 23 | 110,665.18 |
| Feb 4 | 1,003,219.91 | Feb 15 | 753,806.93 | Feb 24 | 333,225.97 |
| Feb 7 | 851,535.19 | Feb 16 | 595,406.51 | Feb 25 | 330,292.12 |
| Feb 8 | 868,895.76 | Feb 17 | 638,721.32 | Feb 28 | 327,400.11 |
| Feb 9 | 893,020.66 | | | | |


It's a dream ......






😂😂🖤
jasonlberry
@aaronwags
Just bought an 80,000 sq foot house.... you dont fake that shit.
Maybe not 80000 sq but its massive


IT ALL STARTED WITH A DREAM!
ENVISION IT ALL FIRST !


PRIME
@drinkprime gets me goin💯🥤💪
🙏 @loganpaul for the monthly refill👊




People Always Ask.....
What do you do?
aaronwags
TAP HERE
aaronwags "WHAT DO YOU DO? "...
FIND OUT.... IN CASE YOU WERE WONDERING..... 👆👆👆


Nothing beats this place .... 🙌
@candacedwagner come jump in!
SCOTTSDALE, ARIZONA


ALPHA CON 2022
Salt Lake City, UT
February 18th & 19th
AARON WAGNER


thebullevans
ALPHA CON 2022
BE GREAT OR BE NOTHING
FEBRUARY 18-19
GRAND AMERICA HOTEL
555 S Main St.
GONNA BE AN EVENT YOU DON'T WANT TO MISS !
AARON WAGNER
[redacted]
BELOW!
@thebullevans
SUPPORT YOUR PEOPLE!
OFFICIALALPHAINFLUENCE.COM
REGISTER TODAY! TICKETS ARE
LIMITED!

# September 2023

# Scottsdale Property Sales Proceeds Used to Purchase Alpine Utah Home

You can have it all......



**Wells Fargo Everyday Checking**
September 18, 2023 ■ Page 1 of 4

Account number: [redacted]3326
AARON A WAGNER
[redacted]

| | | | | |
|---|---|---|---|---|
| 9/6 | Zelle to [redacted]n 09/06 Ref #Rp0R[redacted]wtscg | | 525.00 | 908.26 |
| 9/7 | Dominion Energy Qgc 230905 [redacted]aron Wagner | | 128.69 | |
| 9/7 | Venmo Recovery 230906 [redacted]r | | 574.90 | 204.67 |
| 9/12 | WT Seq#07466 Wfg National Title Insu /Org=Wfg National Title Insurance Compa [redacted] | 200,000.00 | | |

**Wells Fargo Everyday Checking**
October 17, 2023 ■ Page 1 of 5

| | | | |
|---|---|---|---|
| | Ow00003649720161 | | |
| 9/21 | WT Fed#03873 Central Bank /Ftr/Bnf=Aaron Wagner Mortgage [redacted] | 100,000.00 | |
| 9/27 | [redacted] | 596.05 | 101,004.31 |
| 9/28 | Wire Trans Svc Charge - Sequence: 230928092252 Srf# [redacted] | 25.00 | |
| 9/28 | WT Fed#09991 Central Bank /Ftr/Bnf=Aaron Wagner Mortgage [redacted] | 100,000.00 | |
| 9/28 | Venmo Payment 230927 1029656708569 Candace Wagner | 516.00 | 464.31 |
| 9/29 | Venmo Payment 230929 1029694569987 Candace Wagner | 60.00 | 404.31 |

| | | | |
|---|---|---|---|
| 10/2 | WT Seq#07937 Wfg National Title Insu /Org=Wfg National Title Insurance Compa Srf# [redacted] | 830,793.50 | |
| 10/2 | Wire Trans Svc Charge - Sequence: 231002007937 Srf# [redacted] | | 15.00 |
| 10/2 | Online Transfer to Dynamic Capital LLC Ref #Ib0Kw9Gzdw Business Checking Loan Repayment for House | | 830,000.00 |



# Issues Were Internally Known
# &
# Investors Were Complaining

Letter of Resignation

It's with a heavy heart that I am providing my Letter of Resignation from Wagscap Food Services. I apologize for doing this over a letter, but I wanted to make sure that I clearly outline my points. Something I acknowledge I have difficulty in doing in a face to face with you. I am OOO today and tomorrow but I would still love to talk after you read this if you would like to discuss this further.

I've done my best to hold on as long as I can, have been near this point multiple times during my tenure here, but have always been able to walk away from the ledge, but have just felt lately that I don't belong here, and this place is not aligned with my path. I want to outline some of the primary reasons for my resignation.

- I've never agreed with using Investor funds for non WCFS use, or for owner distributions. Sending the money for Aaron's house in Scottsdale was one of the hardest things for me to do. But felt like I was forced into this. Sending money on Shoeman Lane was hard, but I rationalized that it was for our business and would benefit WCFS ultimately and was told it was a short-term loan until an investor funded it. When the investor didn't fund and there was an interest only loan done for $3.5M and $2M of those funds didn't return to WCFS, that was really rough for me. WCFS funds to pay for the CJ4 were a back breaker for me, yet I continued to believe. I've never loved the loans to other related parties.

Feel like there's too many decisions that are made of what's best for ownership, as opposed to what's best for WCFS. During all these times, I was always told that we're just using available cash cause that's quickest route and I should never worry, and cash will always be brought in when needed and I believed that. But I've been fielding calls for months about nonpayment and its clearly not the case.


6:55
5G 33
[redacted] llo sugar Axia
21h
All out of biz
But wags got a new home, 2 jets and exotic cars
WAGSCAP
FOOD SERVICES
Dear Investors,
After thorough consideration, we have made the painful decision to cease operations. This step is critical to halt further financial losses. At this juncture, we find ourselves without viable options to reopen or maintain the stores, and we are likely to relinquish the properties soon.
We have refrained from requesting additional capital contributions from you, our investors, as we are not
Send message


[redacted] 22h
Since 2019 I have met a minimum of 300 people who have invested their money with Aaron Wags
I have not heard any of them say he gave them a ROI.
All of them said their investment went to zero.
I have had the same experience.
Except I'm not a clout chasing bitch so I tell it like it is.
Most of the cowards he ripped off still like his posts on here hoping one day he will return their money.
I did time in prison with guys like Wags I know that a theif never pays their victims back
BEWARE
Send message


22h
AXIA
PARTNERS
Another Wags Capital fail. So he's 0-6 with me and my frie
In our last communication we describe
foreclosure auction of Cypress' second
position that was scheduled for August
as the upcoming key date. We were a
secure an extension of the Cypress'
foreclosure out to August 20th; howev
timing became irrelevant when Robert
(the manager and developer) filed for
chapter 11 bankruptcy in Delaware on
August 6th in an effort to receive a sta
all creditor actions such as the pendin
foreclosures. For those of you not fam
with bankruptcy proceedings, a chapte
bankruptcy is also known as a reorgan
and allows for debtors to negotiate a
restructuring of their liabilities and ass
with the goal of preserving the busine
order to maximize a return to creditors
The Bankruptcy proceedings have just
Send message


9:33
LTE
Aaron Wagner
Active now
about you...this is the same guy claiming he was with the Puerto Rican mafia??!
Man I have no idea... we used to be cool.. a deal sucks and I'm the villain... life
7:44 AM
You sent
Imagine losing someone's investment money then telling the investor they should have had their big boy pants on.
Why don't the people who took the money put their big boy pants on and handle the biz according to the words they promised the investors?
For the life of me I can't imagine losing someone's money then clowning them for being mad I lost their money.
9:29 AM
Can't see it?
Message...


MAGAZINE
JETS
WAGSCAPITAL




N521TX

# November 2023

| Asset | Name & address of institution | Names on account | Current balance |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | |
| **Money owed to me**<br>Date of loan:<br>________________ | | | $ |
| | Home Safe | | $7000 |

[ x ] I owe the following debts.

| Type of debt (such as credit card, cash loan, or installment payment and account number, if any) | Debt owed to (name and address and phone number) | Names on debt | Amount owed | Minimum monthly payments |
|---|---|---|---|---|
| Type of debt:<br>Promissory Note and Deed of Trust<br>Account number: | Dynamic Capital LLC | Michael Mains personal and Mantel Capital | $7,622,531 | $30,612 |
| Type of debt:<br>Promissory Note and Deed of Trust<br>Account number: | Dynamic Capital LLC | Michael Mains personal and Mantel Capital | $15,069,687 | $60,520 |

Michael Mains

[redacted]

**Check your email.** You will receive information and documents at this email address.

Email

I am [ ] Petitioner [x] Respondent
[ ] Petitioner's Attorney [ ] Respondent's Attorney (Utah Bar #:__________)
[ ] Petitioner's Licensed Paralegal Practitioner
[ ] Respondent's Licensed Paralegal Practitioner (Utah Bar #:__________)

**Petitioner or Respondent**

I declare under criminal penalty under the law of Utah that everything stated in this document is true.

Signed at _____Highland, Utah ____________________ (city, and state or country).

11/3/2023
Date

Signature ► /s/Michael John Mains - signed by [redacted] with permission

Printed Name Michael John Mains

**Attorney or Licensed Paralegal Practitioner of record** (if applicable)

11/3/2023
Date

Signature ► [redacted]

Printed Name

11/3/23, 3:13 PM Carr | Woodall, LLC Mail - Outstanding Debt with Mike Mains

Gmail [redacted]

## Outstanding Debt with Mike Mains

2 messages

**Aaron Wagner** <[redacted]> Fri, Nov 3, 2023 at 11:57 AM
To: "[redacted]carrwoodall.com" [redacted]@carrwoodall.com>

To whom it may concern :

In early 2019 Mike Mains and I started a food services business franchising Crumbl cookies with plans to expand into other brands and open hundreds of restaurants.

At the time Mike did not have enough capital to fund his portion of the investment to merit the 50% ownership I offered him .

I agreed to lend him the money over time to cover his portion .

This is reflected in two promissory notes that we signed in good faith .
The first was in May of 2019 for $6.5 million and then as the business was very successful at the time and growing fast we needed more capital and Mike again borrowed from me to cover his full portion and in Aug of 2021 we signed another note for $14 million .

So even if you wanna share of that $5 million that sitting there, I could transfer that to your bank account and then within five minutes dynamic Capital is going to get a court order for a fraudulent transfer and a hold you liable for your marital share of that debt, and they're going to repossess that from you immediately

And then what that is also going to trigger is to piss off Aaron and he's gonna take your house from you and he's gonna take the house for me because he's going to think I'm now playing games and that I'm not taking it seriously that I borrowed that money from him

And since I have a $90,000 interest payment that I have to make to Aaron every month that I have not been able to make and he's now telling me I have to start making payments then I have zero income no interest no profits no W-2 no wages. I have zero income this month And half of zero is zero.

And after looking at everything, your attorney knows it too. Your attorney knows there's nothing there to go after but she keeps just trying to do her job which good for her. But she also now is starting to wonder how is she going to get paid she's just searching for money trying to get you something so that you'll be able to pay her but I don't think she's willing to keep working on this and my attorney says there's no way I'm gonna have to pay your attorneys fees and I won't. I will not agree to that in mediation and court is not gonna order it. And your attorney knows it so we're all out of options here.

So I'm sorry I've got nothing for you this month. I have food over here if the kids need to eat.

I suggest you go to your bishop and get some fast offerings. I have paid hundreds of thousands of dollars to the church and that's what it's therefore in times of need so go talk to your bishop about getting some fast offering so you can pay your utilities and keep that house warm and get a little bit of food in your cupboard

I'm gonna do the best I can over here to work out some terms with dynamic / Aaron

And then you need a job

# Mains Sends $4 Million to Wagner/Dynamic During Divorce

usbank

MICHAEL JOHN MAINS
[redacted]

**Wealth Management Uni-Statement**
Account Number:
[redacted]538
Statement Period:
Sep 7, 2023
through
Oct 4, 2023

Page 2 of 2

| | | | |
|---|---|---|---|
| Oct 4 | Wire Debit REF003548<br>BNF=DYNAMIC CAPITAL LLC | WELLS SF 231004B01G02<br>1881 W TRAVERSE PARKWAY | 3,000,000.00- |

DYNAMIC CAPITAL LLC
1633 W INNOVATION WAY
LEHI UT 84043-4248

| | | |
|---|---|---|
| 10/3 | WT Fed#04616 US Bank, NA /Org=Mantel Capital LLC Srf# [redacted] | 1,000,000.00 |
| 10/4 | WT Fed#03548 US Bank, NA /Org=Michael John Mains Srf# [redacted] | 3,000,000.00 |

"Debt Repayment Business Partners"

"Business Debt Payment Business Partners"

KB &A

January 26, 2024

*VIA EMAIL AND US MAIL*

Michael Mains
Mantel Capital ,LLC

Dear Mr. Mains,

Our firm represents Dynamic Capital ,LLC ("Dynamic"). The purpose of this letter is to demand immediate payment from Mantel Capital and Michael Mains ("Borrower") of all outstanding amounts owed by Borrower to Dynamic under those certain Secured Promissory Notes dated May 23 20219 in the original principal amount of $6,500,000 and August 28, 2021 in the original principal amount of 14,000,000 (the "Notes")

The Notes were due and payable on December 31, 2022 and an extension was granted, provided, however, Borrower is in default under the terms of the Notes and the extension.

As of the date of this letter, the total amount of amount due under the Note is $17,965,617, which amount includes principal and accrued but unpaid interest.

Please remit $17,965,617 to Dynamic by Monday, January 29, 2024 at 5:00 pm Mountain time. If Borrower fails to pay this amount by the requested deadline, Dynamic intends to immediately begin foreclosure upon the collateral securing the Notes and intends to file a civil lawsuit against Borrower for all costs of collection, including attorney fees and costs incurred in said action.

Please let me know if you have any questions. If you are represented by an attorney, please feel free to forward this letter to your attorney and I will work with your attorney moving forward.

Sincerely yours,

KUNZLER BEAN AND ADAMSON, PC

J. Martin Tate

*In the matter of the marriage of:*

ANGELA JAN MAINS

Petitioner,

and

MICHAEL JOHN MAINS

Respondent.

**DECREE OF DIVORCE**

Civil No. 234100231
Judge Denise Porter
Commissioner Marla Snow

**PROPERTY SETTLEMENT**

19. Property Settlement. In order to resolve all issues between the parties, Michael will pay the sum of $500,000 to Angela by no later than June 1, 2024.

20. Credit card debt. Each party shall assume any other debts in his/her own name.

**PROPERTY**

21. Personal Property. During the course of the marriage relationship, the parties have acquired certain personal property. The parties are each awarded the personal property *that is in his or her respective possession on the date of the Stipulation*, or except where further specified as follows:

22. 6Real Property: Lehi, Utah. Michael owns real property located at 3078 N. 880 E. Lehi UT, however the property is levied against a debt owed. So long as the property remains levied, Angela shall not be responsible for any portion of that debt.

d. If Michael is able to pay off, refinance, or otherwise release the levy, Angela shall have the first right of refusal to buy the house at fair market value price, which shall be established either by making the home publicly available for sale and matching the highest of any bonafide offers by an unaffiliated party, or by a mutually acceptable third party appraisal which includes market price comparison.

23. Real Property: Highland, Utah. Michael owns real property located at 11272 Normandy Way, Highland, Utah, however the property is levied against a debt owed. Said property is awarded to Michael, provided, however, that he will assume and hold Angela harmless from liability on all amounts owing on the home.

24. Real Property: St. George, Utah. Michael has a 1/5 interest in real property located in St. George, Utah, however the property is levied against a debt owed. So long as the

Gmail [redacted] [redacted]@carrwoodall.com>

## Outstanding Debt with Mike Mains

2 messages

**Aaron Wagner** <aaron@wagscapital.com> Fri, Nov 3, 2023 at 11:57 AM
To: "[redacted]carrwoodall.com" [redacted]carrwoodall.com>

To whom it may concern :

In early 2019 Mike Mains and I started a food services business franchising Crumbl cookies with plans to expand into other brands and open hundreds of restaurants.

At the time Mike did not have enough capital to fund his portion of the investment to merit the 50% ownership I offered him .

I agreed to lend him the money over time to cover his portion .

This is reflected in two promissory notes that we signed in good faith .
The first was in May of 2019 for $6.5 million and then as the business was very successful at the time and growing fast we needed more capital and Mike again borrowed from me to cover his full portion and in Aug of 2021 we signed another note for $14 million .

# WCFS Capital Contributions – Tax Returns

Form **1065** — U.S. Return of Partnership Income — OMB No. 1545-0123 — **2019**

Department of the Treasury Internal Revenue Service

For calendar year 2019, or tax year beginning 03-26 , 2019, ending 12-31 , 20 19 .

► Go to *www.irs.gov/Form1065* for instructions and the latest information.

A Principal business activity

Name of partnership: WAGSCAP FOOD SERVICES LLC

D Employer identification num.

**Schedule M-2 Analysis of Partners' Capital Accounts**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | | 6 | Distributions: a Cash | |
| 2 | Capital contributed: a Cash | 759,140 | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books | (955,723) | | | |
| 4 | Other increases (itemize): | | | | |
| | | | 8 | A | |
| 5 | Add lines 1 through 4 | (196,583) | 9 | B | |

Form **1065** — U.S. Return of Partnership Income — OMB No. 1545-0123 — **2020**

Department of the Treasury Internal Revenue Service

For calendar year 2020, or tax year beginning , 2020, ending , 20

► Go to *www.irs.gov/Form1065* for instructions and the latest information.

A Principal business activity

Name of partnership: WAGSCAP FOOD SERVICES LLC

D Employer identification num. [redacted]

**Schedule M-2 Analysis of Partners' Capital Accounts**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | (196,583) | 6 | Distributions: a Cash | 607,129 |
| 2 | Capital contributed: a Cash | 1,156 | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books | (1,900,385) | | Statement #39 | |
| 4 | Other increases (itemize): | | | | 23,003 |
| | | | 8 | Add lines 6 and 7 | 630,132 |
| 5 | Add lines 1 through 4 | | | | |

Form **1065** — U.S. Return of Partnership Income — OMB No. 1545-0123 — **2021**

Department of the Treasury Internal Revenue Service

For calendar year 2021, or tax year beginning , ending

► Go to *www.irs.gov/Form1065* for instructions and the latest information.

A Principal business activity: MANAGEMENT

Name of partnership: WAGSCAP FOOD SERVICES

D Employer identification number [redacted]

**Schedule M-2 Analysis of Partners' Capital Accounts**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -2,725,944 | 6 | Distributions: a Cash | |
| 2 | Capital contributed: a Cash | 2,845,528 | | b Property | |
| | b Property | | | | |
| 3 | Net income (loss) (see instructions) | -295,325 | 7 | Other decreases (itemize): | |
| 4 | Other increases (itemize): | | | | |
| | | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | -175,741 | 9 | Balance at end of year. Subtract line 8 from line 5 | -175,741 |

DAA — Form **1065** (2021)

# Wagner testifies he never actually loaned money & forgave the loans by Jan 8, 2024

Q And you just forgave $20 million in promissory notes?
A Because that was never money that he ever lent to me or that I ever lent to him.
Q But that's what he owed?
A It was money that he was responsible for, yes.
Q He owed it?
A Yes.
Q Okay. So instead of applying it to that, you just took the $500,000 and applied it to buying Bitcoin?
A I'd already forgiven the debt.
Q So in January of this year you bought half a million dollars of Bitcoin?
A If that's the date that it shows, yes.

Q Exhibit J covers from January through I think July --
A Okay.
Q -- of '24. And it reflects deposits over that period of time of $755,000 and change, correct?
A Correct.
Q And withdrawals of 759 and change. On the first page -- the second page -- yeah, second page, the transaction history line, on January 8th Mantel Capital gave you $500,000. That's the Mike Mains money, correct?
A I believe so.

KB &A

January 26, 2024

*VIA EMAIL AND US MAIL*

Michael Mains
Mantel Capital ,LLC

Dear Mr. Mains,

Our firm represents Dynamic Capital ,LLC ("Dynamic"). The purpose of this letter is to demand immediate payment from Mantel Capital and Michael Mains ("Borrower") of all outstanding amounts owed by Borrower to Dynamic under those certain Secured Promissory Notes dated May 23 20219 in the original principal amount of $6,500,000 and August 28, 2021 in the original principal amount of 14,000,000 (the "Notes")

The Notes were due and payable on December 31, 2022 and an extension was granted, provided, however, Borrower is in default under the terms of the Notes and the extension.

As of the date of this letter, the total amount of amount due under the Note is $17,965,617, which amount includes principal and accrued but unpaid interest.

Please remit $17,965,617 to Dynamic by Monday, January 29, 2024 at 5:00 pm Mountain time. If Borrower fails to pay this amount by the requested deadline, Dynamic intends to immediately begin foreclosure upon the collateral securing the Notes and intends to file a civil lawsuit against Borrower for all costs of collection, including attorney fees and costs incurred in said action.

Please let me know if you have any questions. If you are represented by an attorney, please feel free to forward this letter to your attorney and I will work with your attorney moving forward.

Sincerely yours,

KUNZLER BEAN AND ADAMSON, PC

J. Martin Tate

# Wagner/Mains Attempt to Send $3.8 Million to Mains from Investor Fraud Proceeds

**Empire Title Agency**
3131 E. Camelback Road Suite 125
Phoenix, AZ 85016
(602) 749-7000

File Number: **2423466**
Loan Amount: **$3,315,000.00**
Sales Price: **$5,100,000.00**
Close Date: **10/24/2024**

**COMBINED FINAL CLOSING STATEMENT**

Property: **7323 E SHOEMAN LANE**
**SCOTTSDALE, AZ 85260 (MARICOPA)**
**(173-41-262)**

| | | | | | |
|---|---|---|---|---|---|
| **Payoffs** | | | | | |
| Account #2003993010 to City of Scottsdale | | | | $584.62 | |
| Principal: $584.62 | | | | | |
| Loan #MM001 to Michael Mains | | | | $3,272,526.91 | |
| Principal: $3,271,767.07 | | | | | |
| Interest, 10/24/2024 to 10/25/2024 @$759.8366/day: $759.84 | | | | | |
| Loan #MC001 to Mantel Capital LLC | | | | $555,752.89 | |
| Principal: $555,623.85 | | | | | |
| Interest, 10/24/2024 to 10/25/2024 @$129.0383/day: $129.04 | | | | | |

# Wagner’s Pool House Fraud

## CONSTRUCTION LOAN AGREEMENT

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $5,980,310.97 | 11-19-2020 | 11-19-2021 | 125127019 | 1A2 / 750 | | DBBhc | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item Any item above containing "***" has been omitted due to text length limitations

**Borrower** DYNAMIC CAPITAL LLC (TIN 27-0179814)
[redacted]
ALPINE, UT 84004

**Lender** CENTRAL BANK
AMERICAN FORK OFFICE
175 E MAIN ST
PO BOX 157
AMERICAN FORK, UT 84003
[redacted]

**PROJECT DESCRIPTION** The word "Project" as used in this Agreement means the construction and completion of all Improvements contemplated by this Agreement, including without limitation the erection of the building or structure on the Real Property identified to this Agreement by Borrower and Lender, installation of equipment and fixtures, landscaping, and all other work necessary to make the Project usable and complete for the intended purposes The Project includes the following work

**PROJECT DESCRIPTION** The word "Project" as used in this Agreement means the construction and completion of all Improvements contemplated by this Agreement, including without limitation the erection of the building or structure on the Real Property identified to this Agreement by Borrower and Lender, installation of equipment and fixtures, landscaping, and all other work necessary to make the Project usable and complete for the intended purposes The Project includes the following work

**Construction of 2 Commercial Buildings at (Approx) 671 South Pleasant Grove Boulevard and 633 South Pleasant Grove Boulevard, Pleasant Grove, UT 84062**



[redacted]

TOP TEN AWARD WINNER AMERICAN BUILDINGS

# Invoice

Date 12/23/2020 Invoice # 2222

PAID 01/04/2021

**Client:**
Dynamic Capital
4421 North Thanksgiving Way
Lehi, UT 84043

**Project:**
Wagner Retail Center Buildings 1 & 2
612 S & 678 S Pleasant Grove Blvd
Pleasant Grove, UT 84062

| | | |
|---|---|---|
| Change Order | Change Order #4<br>- Sitework Revision 2<br>- Building Revision 2 | 126,101.40 |
| Change Order | Change Order #5<br>- Site Improvements | 74,432.23 |

[redacted]

TOP TEN AWARD WINNER AMERICAN BUILDINGS

# Invoice

Date 1/19/2021 Invoice # 2230

PAID 01/28/2021

**Client:**
Dynamic Capital
4421 North Thanksgiving Way
Lehi, UT 84043

**Project:**
Wagner Retail Center Buildings 1 & 2
612 S & 678 S Pleasant Grove Blvd
Pleasant Grove, UT 84062

| | | |
|---|---|---|
| Change Order | Change Order #6<br>Buildings 1 & 2<br>- Sitework Revision 3<br>- Building Revision 3<br>- Additional Materials for Winter Conditions | 356,828.75 |

[redacted]

TOP TEN AWARD WINNER AMERICAN BUILDINGS

# Invoice

Date 12/22/2020 Invoice # 2221

PAID 01/04/2021

**Client:**
WagsCap
1881 W. Traverse Pkwy
Ste. E-321
Lehi, UT 84043

**Project:**
Wagner Pool House
781 N. Country Manor Lane
Alpine, UT 84004

Terms: Net 30

PLEASE REMIT PAYMENT TO:
[redacted]

| | |
|---|---|
| **Amount Due** | $74,432.23 |
| **Payments Applied** | -$74,432.23 |

[redacted]

TOP TEN AWARD WINNER AMERICAN BUILDINGS

# Invoice

Date 1/19/2021 Invoice # 2231

**Client:**
WagsCap
1881 W. Traverse Pkwy
Ste. E-321
Lehi, UT 84043

**Project:**
Wagner Pool House

Terms:

PLEASE REMIT PAYMENT TO:
[redacted]

| | |
|---|---|
| **Amount Due** | $56,828.75 |
| **Payments Applied** | $0.00 |
| **Remaining Balance** | $56,828.75 |







From: **Aaron Wagner** <[redacted]
Date: Wed, Aug 26, 202[redacted]
Subject: Re: Wagner Pool Billing - Invoice #2156 Draw #1
To: [redacted]
Cc: [redacted]

This is perfect, I will submit as soon as I close the loan.

On Wed, Aug 26, 2020 at 5:22 PM [redacted] wrote:

> Hello Aaron,
>
> I have revised the pool house billing to reflect change order #1 for Wagner Retail. I have attached the invoice for us to keep track of what we are billing for and the invoice for you to send to the bank. Please let me know if this works for you or if there is anything you'd like to change.
>
> Thank you,

2:01

54

Aaron A

New Contact Name
Aaron Wagner
Update

Done!

Jan 19, 2021 at 10:41 AM

[redacted]can you submit for a draw on PG for $300k today ? I need to close on that clearfield project that your building for us up north.... I know your slammed and appreciate you bro..

Can destiny submit it to us and I'll have Adam submit the draw ?

Yes, what's the description?

Change order for site?

I would put as some for site work, earth work, steel, change order .... etc.. just break it up over a few of your early large like items.... I'll cover you if it eats up anything you need to use in future

Okay, I'll have Destiny send one over

iMessage

MOUNTAIN AMERICA
CREDIT UNION

[redacted]

## Receipt for Wire Transfer Request

**Wire Information:**

Type: Domestic
From Account [redacted]
From Share ID: 50

Amount: 300000.00
Fee: 0.00
Total: 300000.00

**Originator Information:**

Full Name: [redacted]

Address: 644 W 950 S
City/State/Zip: Vernal UT 84078 USA

**Receiving Financial Institution Information:**

Name: WELLS FARGO

ABA Routing Number: 121000248

**Beneficiary Financial Institution:**

Name:

Account #:

**Beneficiary Information:**

Name: DYNAMIC CAPITAL LLC
Account #: [redacted]

Address: [redacted]
City/State/Zip: LEHI,UTAH 84043

Other Information (Attention, Reference, Additional Info):

Request taken by: 2727 Chad Whitmore, 037 Vernal-East Highway 40 Branch  Date: 02/02/2021 17:01

I hereby authorize Mountain America Credit Union to withdraw the above specified dollar amount, plus the wire fee from my account.

Wires are guaranteed funds; incorrect wiring instructions can result in loss of funds or delays in the wire being processed. Incorrect instructions and returns can result in additional fees being assessed by the other institution. Domestic wires are likely to arrive within 4 business hours, but there is no guarantee. Wires received after 3:00 p.m. may go out the following business day.

Mountain America Credit Union is not liable for any fees charged by other institutions or for incorrect wiring instructions. Additional information pertaining to wires can be found in the Mountain America Credit Union Membership Agreement. Notwithstanding this disclosure, the Membership Agreement is unaffected and shall continue in full force and effect in accordance with its terms.

With your signature, or verbal authorization, you acknowledge the disclosures and confirm the information above is correct.

Member Signature

From: [redacted]
Date: Thu, May 27, 2021 at 1:50 PM
Subject: Re: FW: FW: Wagner Retail Center - Revised Draw #8
To: Aaron Wagner <aaron@wagscapital.com>
[redacted]

Hello Aaron,

Wes will call you to discuss this in further detail and answer any questions but I believe this email will be beneficial to the conversation.

Below is a breakdown of all the change orders. I have attached the supporting documents to this email for your reference.

**Please note, all invoices added to billing as a change order have been paid in full.

POOL HOUSE DRAWS $221,412.49
COSTS ADDED BY AARON $432,537.89
ACTUAL CHANGE ORDERS $73,811.02
**TOTAL CHANGE ORDERS $727,761.40**