RICHARD A. VAN WAGONER (4690)
NATHAN A. CRANE (10165)
MELINDA BOWEN (13150)
**SPENCER FANE LLP**
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone: (801) 521-9000
rvanwagoner@spencerfane.com
ncrane@spencerfane.com
mbowen@spencerfane.com
*Attorneys for Defendant Aaron Wagner*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON A. WAGNER, and<br>MICHAEL MAINS,<br><br>Defendant. | **STIPULATED MOTION TO EXTEND DEADLINE TO SUBMIT REPLY IN SUPPORT OF MOTON TO SEVER**<br><br>Case No. 2:24-cr-00357<br><br>Judge Ted Stewart<br>Magistrate Judge Cecila Romero |

The parties are in discussions to attempt to resolve the case. They stipulate and move the Court to extend the deadline for defendants to file a reply in support of motion to sever (Dkt. 144) to August 14, 2026.

DATED this 7th day of August 2026.

**SPENCER FANE LLP**

*/s/ Richard A. Van Wagoner*
Richard A. Van Wagoner
Nathan A. Crane
Melinda K. Bowen
*Attorneys for Defendant Aaron Wagner*

**MASSEY BEAN AND LEWIS**

*/s/ Matthew Lewis*
Matthew Lewis *(signed with permission via email on 7/28/26 by filling attorney)*
*Attorney for Defendant Michael Mains*

**U.S. ATTORNEY'S OFFICE**

*/s/ Carl LeSueur*
Carl LeSueur *(signed with permission via email on 7/28/26 by filling attorney)*
*Attorneys for United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the **STIPULATED MOTION TO EXTEND DEADLINE TO SUBMIT REPLY IN SUPPORT OF MOTON TO SEVER** was served upon Plaintiff by submission of the document for electronic filing on August 7, 2026.

Carl D. LeSueur
Brent L. Andrus
Travis K. Elder
Assistant United States Attorney
111 S. Main Street, Ste. 1800
Salt Lake City, UT 84111
801-524-5682
carl.lesueur@usdoj.gov
Brent.Andrus@usdoj.gov
travis.elder@usdoj.gov
*Attorney for Plaintiff*

*/s/ Megan L. Neff*
Legal Assistant